Opinion of June 14, 2007, Withdrawn; Dismissed, and Corrected Memorandum
Opinion filed June 19, 2007








 

Opinion
of June 14, 2007, Withdrawn; Dismissed, and Corrected Memorandum Opinion filed
June 19, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-01154-CR

____________

 

ROOSEVELT DOUGLAS, JR.,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the
209th District Court

Harris County, Texas

Trial Court Cause No.
1072936

 



 

C O R R E C T E D   M E M O R A N D U M   O P I N I O N

The
court withdraws its opinion of June 14, 2007, because of a typographical error
and issues a correct opinion in its place.

A
written request to withdraw the notice of appeal, personally signed by appellant,
has been filed with this Court.  See Tex.
R. App. P. 42.2.  Because this Court has not delivered an opinion, we
grant appellant=s request.

Accordingly,
we order the appeal dismissed.  We direct the Clerk of the Court to issue the
mandate of the Court immediately.








PER CURIAM

 

Judgment rendered and Memorandum
Corrected Opinion filed June 19, 2007.

Panel consists of Justices Yates,
Edelman, and Seymore.

Do not publish C Tex.
R. App. P. 47.2(b).